UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARCY THANASIDES-BRIGHT,

    Plaintiff,

v.                                                CASE NO: 8:05-cv-188-T-23EAJ

AMERICAN EXPRESS
LONG TERM DISABILITY PLAY,

    Defendant.
_____/

## **ORDER**

The plaintiff moves (Doc. 4) for entry of default and states that the defendant was served pursuant to Rule 4, Federal Rules of Civil Procedure. After filing the motion for default, the plaintiff files (Doc. 6) a motion for an extension of time to serve the defendant and states that the plaintiff has been unable to perfect service upon the defendant. The plaintiff neither withdraws the motion for entry of default nor provides explanation of the conflicting motions and statements. Accordingly, on or before **June 27, 2005**, the plaintiff is directed to provide in writing (1) clarification of the status of service upon the defendant and (2) a description of the relief the plaintiff seeks from the motion for entry of default and motion for extension of time to serve.

ORDERED in Tampa, Florida, on June 12, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy